# EXHIBIT B




Click Here to Browse or Shop Online

The SIU Apple Sales Center is your local resource for Apple product information and assistance. Our office is furnished with demo units from Apple's most current product line, available for you to test drive. We are pleased to be able to offer you educational discounts and/or special promotions on all Apple products including computers, accessories, software and a huge selection of third party products including printers, scanners and cameras.

Click the link above to access the log-in for the Authorized Campus Store. You will have to use your SIU network ID and password to log-in. Your ID is the first part of your SIU e-mail address (excluding the @siu.edu part). Use the password associated with that e-mail address. If you do not remember your ID and password, or are locked out, you need to contact Information Technology resolve the problem. Their number is 453-6280. If you cannot gain entry to the online store after communicating with Information Technology, contact us at 453-8987 and we can assist you.

Abby Razer is our mobile Apple Campus Representative. Faculty and staff needing assistance with institutional purchases or proposals can contact Abby with questions. Additionally, faculty and staff may create their own proposal or just browse Apples Store for Institutional Purchases. Instructions for purchasing can be found here.

# Institutional Purchases

Southern Illinois University has an ongoing contract with Apple for direct purchases of Computers, Software and Accessories. The entire Apple product line is available under the current contract. Built-to-order options are available so that systems can be customized to fit the needs of both individual customers and departments. Products are available at educationally discounted prices.

For **institutional** purchases using University funds, go to the **Apple Store for Education**, select "Shop for your School" and find Southern Illinois University. You will be taken to the custom SIU Apple Store for institutional purchases. Select the equipment that you would like to purchase and place the items in your shopping cart. When you have completed this process, click on the top button labeled "View your Proposal" and make sure that all the items and quantities in your shopping cart are correct. Next, click on the "Create Proposal" button and set up an Apple ID account if you don't have one already. After doing so, you will be taken to the "Proposal Information" page, which requires additional information about the proposal. Be sure to include you email address, as well as your purchaser's email address. Next, please click the "Continue" button, at which time you will be taken to a page that will say "Thank you!" at the top and will indicate that your proposal has been sent to you via e-mail. The email you receive from Apple will have instructions for completing your purchases. These instructions are for the purchasing dept. at SIU. You only need to "Download Your Proposal Information" and print a copy. After your department and fiscal officer have approved the purchase, you can send the proposal along with your purchase requisition to SIU Purchasing. If you would like to use a P-card for your purchase, you will need to download a P-card purchase form from the SIU Purchasing website and send that with your proposal to purchasing. For further information about purchase requisitions, contact Tina Logan in purchasing at tlogan@siu.edu.

Here are additional Apple links:
**Apple Education: (http://www.apple.com/education)**
**Apple Education Store: (http://www.apple.com/education/store)**

For order status, pricing or product information you many contact the Apple Higher Education Support Line at 1.800.800.2775.

Apple Authorized Business Agent Program

# Find an Agent



62201

**Showing results 1- 10 of 75**

Show next 10 Agents

| Agent | Phone | Location | Distance |
|---|---|---|---|
| MacHQ | 314-647-6647 | Saint Louis, MO 63143 | 9.3 miles |
| iN2Mac, LLC | 314-374-5702 | St. Charles, MO 63304 | 28.2 miles |
| Optimac | 217-391-4543 | Litchfield, IL 62056 | 46.2 miles |
| scientistsuperstar enterprises inc. | 618-203-4377 | Carbondale, IL 62903 | 80.1 miles |
| C.P.U., Inc. | 573-334-2420 | Cape Girardeau, MO 63702 | 97.5 miles |
| Aloha Technologies Inc. | 573-231-1008 | Hannibal, MO 63401 | 99.7 miles |
| The Macxprts Network | 573-446-2775 | Columbia , MO 65203 | 121.4 miles |
| Champaign Urbana Computer Consultants | 217-239-5022 | Champaign, IL 61820 | 144.4 miles |
| Guardian Computer Systems, Inc. | 812-232-5800 | Terre Haute, IN 47802 | 156.7 miles |
| R Cubed Technologies | 309-342-8233x101 | Galesburg, IL 61401 | 160.7 miles |

**Please call your Authorized Business Agent for product availability.**

Search



Visit the Apple Store online or at retail locations.
1-800-MY-APPLE


Copyright © 2004 Apple Computer, Inc. All rights reserved.