# EXHIBIT C


My Computer
VirtualCamera
StarFX
WWW
StarFX Sample
NO VIDEO
Welcome to StarFX
About StarFX
StarFX Version 3.2.0.133
Copyright (C) 1998-2000
Viewics Corporation
OK
StarFX(tm) technology protected by U.S. Patent No. 5,764,306. International patents applied for.
The Republic of China Invention Patent No. NI-103861.
Portions of this product were created using LEADTOOLS ©1991-1998, LEAD Technologies, Inc. ALL RIGHTS RESERVED.
StarFX and LogoBoy are trademarks of Viewics Corporation
Reviewer Copy #V32019
Welcome to StarFX
Start
StarFX
5:00 PM