# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIGITAL BACKGROUND CORPORATION,   )
                                  )
                  Plaintiff,     )
                                  )
          -vs-           )       No. 07-CV-803 DRH-CJP
                                  )
APPLE, INC.,                    )
                                  )
                Defendant.    )

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge William D. Stiehl.  All further documents filed in this matter shall bear case number 07-CV-803 WDS-CJP.

**IT IS SO ORDERED**.

DATED:  This __12th__ day of December , 2007.

/s/ _David R Herndon_

**CHIEF JUDGE
UNITED STATES DISTRICT COURT**