# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-CV-00803-JPG-CJP |
| ) | |
| APPLE, INC. ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF BRUCE ARTHUR
## IN SUPPORT OF MOTION OF APPLE INC. TO TRANSFER VENUE

I, Bruce Arthur, declare as follows:

1. I am employed as an Engineering Manager at Apple Inc. ("Apple") in Cupertino, California. I manage Apple employees involved in the design and engineering of the following applications of the Mac® OS X v10.5 Leopard ("Leopard") operating system: iChat, Photo Booth, iCal, Mail and Address Book. I have been employed with Apple since 1997. I provide this declaration in support of Apple's motion to transfer this case from the Southern District of Illinois to the Northern District of California. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Apple in the ordinary course of business.

2. Apple is a California corporation headquartered in Cupertino, California. Apple designs, manufactures, and markets personal computers, portable digital music players, and mobile communication devices and sells a variety of related software, services, peripherals, and networking solutions.

DM_US:21008428_1

3. The backdrop feature of the iChat application of the Leopard operating system (which I understand to be a focus of plaintiff's lawsuit) was conceived, designed, developed, tested, and readied for production at Apple's headquarters in Cupertino, California. The numerous Apple employees involved in the development, engineering, marketing, analysis, and business decisions related to the iChat backdrop feature are based in Cupertino, California. Thus, nearly all potential Apple witnesses of whom I am aware concerning the conception, design, development, and ongoing support of the backdrop feature and who reside in the United States are located in Northern California.

4. The key Apple software engineers involved in the design and development of the backdrop feature are Chendi Zhang and Michael Stochosky. Messrs. Zhang and Stochosky reside in Northern California.

5. The main Apple marketing employees involved in the development and marketing of the backdrop feature are Kurt Knight and Ronak Shah. Messrs. Knight and Shah reside in Northern California.

6. The vast majority of Apple's electronic and hard-copy documents related to the design and development of the backdrop feature, including Apple's highly confidential source code, are located at Apple's headquarters in Cupertino, California. Documents related to the marketing of the Leopard operating system are located in Cupertino as well. I am aware of no relevant documents that are located in the Southern District of Illinois.

7. The Leopard operating system is sold nationwide. I am informed and believe that sales of the Leopard operating system in the Southern District of Illinois generally occur through authorized resellers or the Internet. I am informed and believe that Apple does not have any retail stores in the Southern District of Illinois.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 5, 2008        By: _____
                   Bruce Arthur