**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION**

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-CV-00803-JPG-CJP |
| ) | |
| APPLE, INC. ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF CHRISTINA M. FINN IN SUPPORT OF
DEFENDANT'S REPLY TO ITS MOTION TO TRANSFER VENUE**

I, Christina M. Finn, declare as follows:

1. I am an attorney with the law firm of Howrey LLP, counsel of record for Defendant in the above-entitled action. I am duly licensed in the State of California. Except where otherwise indicated, I make this declaration based on my personal knowledge, the record in this action, and matters of public record. If called upon as a witness, I could and would testify competently as to the matters set forth below.

2. A true and correct copy of the Rule 26 Disclosures of Plaintiff Digital Background Corporation, which was served on Apple on February 15, 2008, is annexed hereto as Exhibit 1.

3. Using the Travelocity website, www.travelocity.com, a search was performed on February 26, 2008 for direct flights from Austin, Texas to St. Louis, Missouri. This search located two direct flights from Austin to St. Louis. According to the website, the direct flights take approximately two hours. A true and correct copy of the results of the search is annexed hereto as Exhibit 2.

4. Using the Google maps website, http://maps.google.com, a search was performed on February 26, 2008 to determine the time and distance to drive from the airport in St. Louis, Missouri to the courthouse in Benton, Illinois. This search revealed that this trip would cover 112 miles and take approximately 1 hour and 56 minutes. A true and correct copy of the results of the search is annexed hereto as Exhibit 3. Therefore, the total time to travel from Austin to the federal courthouse in Benton, via a flight to St Louis, is approximately 3 hours and 56 minutes.

5. Using the Travelocity website, www.travelocity.com, a search was performed on February 26, 2008 for direct flights from Austin, Texas, to San Jose, California. This search located three direct flights from Austin to San Jose. According to the website, the direct flights take approximately 3 hours and 45 minutes. A true and correct copy of the results of the search is annexed hereto as Exhibit 4.

1

6. Using the Google maps website, http://maps.google.com, a search was performed on February 26, 2008 to determine the time and distance to drive from the airport in San Jose, California to the courthouse in San Jose. This search revealed that this trip would cover 4.3 miles and take approximately 11 minutes. A true and correct copy of the results of the search is annexed hereto as Exhibit 5. Therefore, the total time to travel from Austin to the courthouse in San Jose is approximately 3 hours and 56 minutes.

7. Using the Travelocity website, www.travelocity.com, a search was performed on February 28, 2008 for flights from Austin, Texas to Marion, Illinois. Marion is the closest city to Benton that has an airport. This search located no direct flights from Austin to Marion. All flights located by this search required a layover in two different cities before reaching Marion. One flight took approximately 4 hours and 33 minutes and the other took approximately 7 hours and 12 minutes. A true and correct copy of the results of the search is annexed hereto as Exhibit 6.

8. Using the Google maps website, http://maps.google.com, a search was performed on February 29, 2008 to determine the time and distance to drive from the airport in Marion, Illinois to the courthouse in Benton. This search revealed that this trip would cover 21.9 miles and take approximately 25 minutes. A true and correct copy of the results of the search is annexed hereto as Exhibit 7. Therefore, the total time to travel from Austin to the courthouse in Benton, via a flight to Marion, would take anywhere from 4 hours and 58 minutes to 7 hours and 37 minutes depending on the flight that was chosen.

9. A true and correct copy of a document from the file history of the patent-in-suit titled "Petition For Revival Of Patent Unintentionally Abandoned Due To Unpaid Maintenance Fee Under 37 CFR §1.378" is annexed hereto as Exhibit 8. The document states that responsibility for the patent was transferred from the previous prosecuting attorney to William Hulsey after January 18, 2007.

2

10. A true and correct copy of excerpts from Brunswick Corporation's Form 10-K for the fiscal year ended December 31, 2004, showing over $4 billion in sales in 2003 and over $5 billion in sales in 2004, is annexed hereto as Exhibit 9.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 3, 2008

By: _____
CHRISTINA M. FINN